IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

WILLIAM BRADLEY and PAMELA
BRADLEY.

        Defendants.

Case No. 3:20-cv-730

## ORDER AND JUDGMENT

This matter is before the Court on the United States' Unopposed Motion for Entry of Final Judgment. (ECF No. 5.) The Motion is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that judgment is entered in favor of the United States and against William Bradley and Pamela Bradley, jointly and severally, on Count I of the Complaint in the amount of $287,186.85 regarding their unpaid joint federal income tax liabilities for tax years 2006 through 2016, plus statutory interest and additions accruing after November 13, 2020 until the judgment is paid in full.

Dated this ___4TH___ day of ___DECEMBER___, 2020.

_____
JAMES D. PETERSON
United States District Court Judge

Entered this 4th day of December, 2020.

s/ K. Frederickson, Deputy Clerk
PETER A. OPPENEER
Clerk of Court